# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
for FILED Roanoke
MAR 1 4 2007
JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 1-9-2007
JOHN F. CORCORAN, CLERK
BY: DEPUTY CLERK

JOSEPH H. MOORE,      )
    Petitioner,      )    Civil Action No. 7:06CV00410
               )
v.                 )    ORDER
               )
UNITED STATES OF AMERICA,      )    By: Norman K. Moon
    Respondent.      )    United States District Judge

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that the above referenced motion pursuant to 28 U.S.C. § 2255 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

Moore is advised that he may appeal this decision pursuant to Fed. R. App. P. 3 and 4 by filing a notice of appeal with this court within sixty (60) days of the date of entry of this Order, or within such extended period as the court may grant pursuant to Fed. R. App. P. 4(a)(5).

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record and to the petitioner.

ENTER: This 14th day of March, 2007.

Hon. Norman K. Moon
United States District Judge